PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: Larry Demon Goodman          Case Number: A-07-CR-180(1)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: May 9, 2008

Original Offense: Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(A)(1), and 841(b)1)(B)

Original Sentence: 188 months custody of the Bureau of Prisons, followed by a five (5) year term of supervised release with special conditions to include: financial disclosure, substance abuse treatment, mental health treatment, alcohol abstinence, no contact with members of the Bloods or any street gang, a $100 special assessment, and a $1000 fine

Type of Supervision: Supervised Release          Date Supervision Commenced: January 23, 2018

Assistant U.S. Attorney: Mark H. Marshall          Defense Attorney: Ben C. Florey, Jr. (ret.)

## PREVIOUS COURT ACTION

On March 11, 2015, imprisonment was reduced to 151 months, pursuant to 18 U.S.C § 3582(c)(2).

On December 3, 2019, a Probation Form 12B was filed with the Court to include the Secure Continuous Remote Alcohol Monitoring (SCRAM) condition for a period of 90 days due to the offender's arrest on November 30, 2019, for Driving While Intoxicated, in Travis County, Texas. On December 4, 2019, the Court concurred with the officer's recommendation. As of this writing, the state case remains pending.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "You shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."

Larry Demon Goodman
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On April 6, 2022, Goodman submitted to a random drug test, which tested positive for marijuana (confirmation results pending). This officer made contact with the defendant, and he admitted verbally and in writing to using marijuana.

**U.S. Probation Officer Action:** Goodman was verbally admonished for his drug usage. On April 14, 2022, he was enrolled in a random drug testing program to monitor for continued illegal drug usage. Therefore, it is respectfully recommended that the Court take no action at this time.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Goodman incur any further violations, the Court will be notified.

Respectfully submitted,

Bartosz Szatkowski
Senior United States Probation Officer
Date: 4/22/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: April 24, 2022