PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Larry Demon Goodman</u>  Case Number: <u>A-07-CR-180(1)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>May 9, 2008</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841 (A)(1), and 841(b)1)(B)</u>

Original Sentence: <u>188 months custody of the Bureau of Prisons, followed by a five (5) year term of supervised release with special conditions to include: financial disclosure, substance abuse treatment, mental health treatment, alcohol abstinence, no contact with members of the Bloods or any street gang, a $100 special assessment (paid), and a $1000 fine (paid)</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>January 23, 2018</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>  Defense Attorney: <u>Ben C. Florey, Jr. (Retained)</u>

---

### PREVIOUS COURT ACTION

On March 11, 2015, imprisonment was reduced to 151 months, pursuant to 18 U.S.C § 3582(c)(2).

On December 3, 2019, a Probation Form 12B was filed with the Court to include the Secure Continuous Remote Alcohol Monitoring (SCRAM) condition for a period of 90 days due to the offender's arrest on November 30, 2019, for Driving While Intoxicated, in Travis County, Texas, under Cause No. C-1-CR-19-214197. On December 4, 2019, the Court concurred with the officer's recommendation.

On April 22, 2022, a Probation Form 12A was submitted to the Court advising of the offender's positive urine specimen for marijuana submitted on April 6, 2022. No Court action was taken, and the offender was enrolled in a random drug testing program to monitor illegal drug usage.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 1:** "You shall not commit any another federal, state or a local crime."

Larry Demon Goodman
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On November 3, 2019, the offender was arrested for Driving While Intoxicated.

*On September 28, 2022, the Driving While Intoxicated pending case, under Cause No. C-1-CR-19-214197, in the Travis County, Texas, was dismissed to be refiled under Cause No. J5-CR-22-3180, Disorderly Conduct Unreasonable Noise, Class C misdemeanor, in the Justice of the Peace Precinct No. 5, in the Travis County, Texas.*

**U.S. Probation Officer Action:** It is respectfully recommended that the Court take no action at this time and allow the State to dispose of said case. Additionally, the offender is scheduled to discharge from the term of supervised release on January 22, 2023.

Respectfully submitted,

Bartosz Szatkowski
Senior United States Probation Officer
Date: 12/7/2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge
Date:  December 9, 2022